

February 22, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edmee Chavannes*, 22 Cr. 684 (JLR)

Dear Judge Rochon:

    I represent Edmee Chavannes in the above-captioned case. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel by car from her home in Tennessee to the Hartsfield-Jackson Atlanta International Airport (and through all jurisdictions in between as required for travel) on March 4, 2023, and again on March 10, 2023. The purpose of this travel is for Ms. Chavannes to pick up her mother from the airport on March 4 and to return her mother to the airport on March 10.

    Pretrial Services, through Officer Assistant Taelor Nisbeth, and the government, through AUSA Jamie Bagliebter, each informed me they have no objection to this request.

    Thank you for the Court's consideration.

Respectfully submitted,

Aaron Mysliwiec, Esq.
*Attorney for Edmee Chavannes*

Application **GRANTED.** Ms. Chavannes is permitted to travel by car from her home in Tennessee to Hartsfield-Jackson Atlanta International Airport on March 4, 2023 and March 10, 2023 to pick up and drop off her mother.

SO ORDERED.

Dated: February 22, 2023
New York, New York

JENNIFER L. ROCHON
United States District Judge

cc:    Counsel of record (via ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com