

April 12, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edmee Chavannes*, 22 Cr. 684 (JLR)

Dear Judge Rochon:

    I represent Edmee Chavannes in the above-captioned case. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel from her home in Tennessee to the Orlando, Florida area (and through all jurisdictions between as required for travel) from May 4 to May 8, 2023, and that she be permitted to travel to the Fort Lauderdale, Florida area (and through jurisdictions required for travel) from May 8 to May 9, 2023, returning to her home in Tennessee on May 9. The purpose of this travel is for Ms. Chavannes to celebrate her Goddaughter's birthday and to visit family members who reside in Florida at addresses known to Pretrial Services and the government.

    Pretrial Services, through Officer Assistant Taelor Nisbeth, and the government, through AUSA Jamie Bagliebter, each informed me they have no objection to this request, as did Officer Kimberly Williams of U.S. Probation for the Eastern District of Tennessee.

    Thank you for the Court's consideration.

Respectfully submitted,

Aaron Mysliwiec, Esq.
*Attorney for Edmee Chavannes*

Application **GRANTED**. Ms. Chavannes is permitted to travel by car from her home in Tennessee to Fort Lauderdale, Florida between May 8, 2023 and May 9, 2023 to attend a family gathering and visit family members at addresses known to Pretrial Services and the government.

Dated: April 12, 2023
New York, New York

SO ORDERED
JENNIFER L. ROCHON
United States District Judge

    cc:    Counsel of record (via ECF)