

April 13, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edmee Chavannes*, 22 Cr. 684 (JLR)

Dear Judge Rochon:

    I represent Edmee Chavannes in the above-captioned case. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel from her home in Tennessee to Myrtle Beach, South Carolina from April 15 to April 17, 2023. Ms. Chavannes plans to travel by car with Bevelyn Williams and Ms. Williams's husband and plans to stay at an address known to Pretrial Services and the government.

    Officer Kimberly Williams of U.S. Probation for the Eastern District of Tennessee and the government, through AUSA Jamie Bagliebter, each informed me they have no objection to this request. U.S. Pretrial Services for the Southern District of New York, through Officer Assistant Taelor Nisbeth, informed me it takes no position as to this request.

    Thank you for the Court's consideration.

Application GRANTED. Ms. Chavannes is permitted to travel by car from her home in Tennessee to Myrtle Beach with Ms. Williams and her husband from **April 15, 2023** until **April 17, 2023**.

Dated: April 13, 2023
New York, New York

SO ORDERED
*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Respectfully submitted,

*/s/ Aaron Mysliwiec*

Aaron Mysliwiec, Esq.
*Attorney for Edmee Chavannes*

cc:    Counsel of record (via ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com