
Miedel & Mysliwiec LLP

April 26, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    *United States v. Edmee Chavannes*, 22 Cr. 684 (JLR)

Dear Judge Rochon:

     I represent Edmee Chavannes in the above-captioned case. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel as follows.

- May 2, 2023 – by car from her home in Tennessee to a church in Smyrna, GA (at an address known to Pretrial Services and the government) and back, for the purpose of attending a funeral;
- May 20, 2023 – by car from her home to the Atlanta International Airport and back to pick up her uncle from the airport, and
- May 26, 2023 – by car from her home to the Atlanta International Airport and back to drop off her uncle at the airport.

     Officer Kimberly Williams of U.S. Probation for the Eastern District of Tennessee, U.S. Pretrial Services for the Southern District of New York, through Officer Assistant Taelor Nisbeth, and the government, through AUSA Jamie Bagliebter, each informed me that they have no objection to any of the travel specified in this request.

     Thank you for the Court's consideration.

Application GRANTED.  Ms. Chavannes's bail conditions
are modified as set forth above.

                                          Respectfully submitted,

Dated: April 26, 2023
      New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

                                          Aaron Mysliwiec, Esq.
                                        *Attorney for Edmee Chavannes*

cc:    Counsel of record (via ECF)