

May 29, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edmee Chavannes*, 22 Cr. 684 (JLR)

Dear Judge Rochon:

    I represent Edmee Chavannes in the above-captioned case. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel as follows.

- June 2, 2023 – by car from her home to a shopping center in Alpharetta, GA (at an address known to Pretrial Services and the government), returning home the same day;
- June 28, 2023 – by car from her home to the Atlanta International Airport to pick up her sister and nephew, returning home the same day, and
- July 25, 2023 – by car from her home to the Atlanta International Airport to drop off her sister and nephew, returning home the same day.

    U.S. Probation for the Eastern District of Tennessee, through Officer Kimberly Williams, and U.S. Pretrial Services for the Southern District of New York, through Officer Assistant Taelor Nisbeth, each informed me that they have no objection to the travel specified in this request. The government, through AUSA Jamie Bagliebter, informed me it defers to Pretrial Services; accordingly, the government has no objection to the travel specified in this request.

    Thank you for the Court's consideration.

Application **GRANTED**.  Ms. Chavannes's bail conditions are temporarily modified to permit travel as described herein.

Respectfully submitted,

Dated: May 30, 2023
      New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Aaron Mysliwiec, Esq.
*Attorney for Edmee Chavannes*

cc:    Counsel of record (via ECF)