

June 28, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Edmee Chavannes*, 22 Cr. 684 (JLR)

Dear Judge Rochon:

  I represent Edmee Chavannes in the above-captioned case. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel as follows.

- July 5-7, 2023 – by car from her home to New Orleans, LA, and
- July 14-20, 2023 – by car from her home to Yellowstone National Park, making intermediate stops during travel in both directions.

  The purpose of this travel is for Ms. Chavannes to spend time and vacation with family members who are visiting from outside the country. During these periods of travel, Ms. Chavannes plans to take advantage of several different temporary accommodations, the addresses of all of which are known to Pretrial Services. U.S. Probation for the Eastern District of Tennessee, through Officer Kimberly Williams, and U.S. Pretrial Services for the Southern District of New York, through Officer Assistant Taelor Nisbeth, each informed me that they have no objection to the travel specified in this request. The government, through AUSA Jamie Bagliebter, informed me it has no objection if Pretrial Services does not object; accordingly, the government has no objection to the travel specified in this request.

  Thank you for the Court's consideration.

Respectfully submitted,

*[signature]*

Aaron Mysliwiec, Esq.
*Attorney for Edmee Chavannes*

The within travel requests are hereby GRANTED.

Dated: June 29, 2023
   New York, New York
**SO ORDERED.**

*[signature: Jennifer Rochon]*
**JENNIFER L. ROCHON**
**United States District Judge**

cc: Counsel of record (via ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com