

July 10, 2023

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Edmee Chavannes,* **22** Cr. **684 (JLR)**

Dear Judge Rochon:

      This letter regards my representation of the above-captioned defendant, Ms. Edmee Chavannes. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel from July 15-20 for a family vacation as follows.

- July 15, 2023 – by plane from her home to Denver, Colorado, and then on to a hotel in Bennett, Colorado (at an address known to Pretrial services and the government), staying overnight until the following day;
- July 16, 2023 – by car from Bennett, Colorado to lodging in Jefferson County, Idaho (at an address known to Pretrial services and the government), residing here for four nights, and
- July 20, 2023 – by plane from Denver, Colorado to Atlanta, Georgia, returning home that day.

This request is an amendment to a request that was already granted on June 29, 2023, and is submitted in order to change the dates and method of travel.

      U.S. Probation for the Eastern District of Tennessee, through Officer Kimberly Williams, U.S. Pretrial Services for the Southern District of New York, through Officer Assistant Taelor Nisbeth, and the government, through AUSA Jamie Bagliebter, each informed me that they have no objection to this request.

      Thank you for the court's consideration.

The within travel requests are herby GRANTED.

Dated: July 11, 2023
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

Aaron Mysliwiec
*Attorney for Edmee Chavannes*

cc:    AUSA Jamie Bagliebter
      *via email*