

January 30, 2024

<u>Via</u> ECF
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The travel requests described herein is GRANTED

Dated: January 30, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

      Re:     *United States v. Edmee Chavannes*, 22 Cr. 684 (JLR)

Dear Judge Rochon:

      I represent Edmee Chavannes in the above-captioned case. I write respectfully to request that the Court temporarily modify Ms. Chavannes's bail conditions such that she be permitted to travel as follows.

      On late Wednesday, January 31, 2024, Ms. Chavannes plans to drive to New York from her residence in Tennessee, staying at an address in New Jersey up until the February 2, 2024, pretrial conference in this matter. During this period, she may travel to New York City on February 1, 2024, for a meeting with counsel. Then, she plans to travel from New Jersey to Maine from Saturday, February 3, 2024, to Tuesday, February 6, 2024, staying at an address known to Pretrial Services, Probation, and the government. She plans to drive back to New Jersey on either February 6th or February 7th, depending on the drive. Ms. Chavannes would then reside in New Jersey throughout the course of the trial in this matter that begins on February 12, 2024, and would stay there other than her trial attendance and meetings with counsel in NYC.

      The government, through AUSA Emily Johnson, informed me it defers to Pretrial Services regarding this request. U.S. Probation for the Eastern District of Tennessee, through Officer Kimberly Williams, and U.S. Pretrial Services for the Southern District of New York, through Officer Taelor Nisbeth, each informed me that they have no objection to the travel specified in this request.

      Thank you for the Court's consideration.

      Respectfully submitted,

      /s/

      Aaron Mysliwiec, Esq.
      *Attorney for Edmee Chavannes*

cc:     Counsel of record (*via* ECF)