AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

EDMEE CHAVANNES

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 22-cr-00684-JLR

The Defendant was found by the jury not guilty of Counts One and Three of the Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Jennifer Rochon_
Signature of Judge

Jennifer L. Rochon     U.S.D.J.
Name of Judge          Title of Judge

2/22/2024
Date